UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN PARKER,
          Petitioner,

v.

UNITED STATES OF AMERICA,
          Respondent.

**ORDER**

24 CV 4229 (VB)
15 CR 848 (VB)

---

By letter dated October 22, 2024, the government advised the Court that it had received from petitioner a "motion compelling government to answer Section 2225 motion." The Court has not yet received that motion. In its letter, the government correctly noted that it did file a memorandum in opposition to the Section 2255 motion on September 19, 2024. The government also advised the Court that it did not previously send a copy of its memorandum in opposition to petitioner at the time of filing, although it has now done so.

It is hereby ORDERED:

1. To the extent petitioner seeks to compel the government to answer his Section 2255 motion (and otherwise to hold the government in contempt and correspondingly grant the Section 2255 motion), that request is DENIED because the government has filed an answer to the Section 2255 motion.

2. Petitioner's deadline to reply to the government's memorandum in opposition is EXTENDED to December 6, 2024.

The Court reminds the government of its obligation to serve a paper copy of every filing on pro se parties, including petitioner, and to file proof of service on the docket.

Dated: October 23, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge